

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00079-CR

_____

**ROLANDO BARRAGAN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2011-1161-C1**

_____

## O R D E R

_____

Appellant's Motion for Extension of Time to File Appellant's Brief is granted.

Appellant's brief is due September 30, 2015.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion granted
Order issued and filed September 17, 2015

